UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                              Jane K. Castro
Clerk of Court                                                    Chief Deputy Clerk

March 21, 2025

Bryce Carlson
Miller Farmer Carlson Law
5665 Vessey Road
Colorado Springs, CO 80908

Julian R. Ellis Jr.
Laura J. Ellis
Christopher Owen Murray
First & Fourteenth
2 North Cascade Avenue, Suite 1430
Colorado Springs, CO 80903

Jonathan F. Mitchell
Mitchell Law
111 Congress Avenue, Suite 400
Austin, TX 78701

**RE:** 25-1105, Crookshanks, et al v. Elizabeth School District
Dist/Ag docket: 1:24-CV-03512-CNS-STV

Dear Counsel:

Your appeal has been docketed, and the appeal number is above.

**Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**In addition, all counselled entities** that are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement must do so **within 14 days of the date of this letter**.

All parties must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1 for applicable disclosure requirements. All parties required to file a disclosure statement must do so even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

                                                          Sincerely,

                                                          Christopher M. Wolpert
                                                          Clerk of Court

cc:       Thomas Carl Dec
           Timothy Macdonald
           Craig Ruvel May
           Sara R. Neel
           Celyn D. Whitt

CMW/jjh