UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                               Jane K. Castro
Clerk of Court                                                                      Chief Deputy Clerk

March 24, 2025

Bryce Carlson
Miller Farmer Carlson Law
5665 Vessey Road
Colorado Springs, CO 80908

Julian R. Ellis Jr.
Laura J. Ellis
Christopher Owen Murray
First & Fourteenth
2 North Cascade Avenue, Suite 1430
Colorado Springs, CO 80903

Michael Francisco
First & Fourteenth
800 Connecticut Avenue, NW, Suite 300
Washington, DC 20006

Jonathan F. Mitchell
Mitchell Law
111 Congress Avenue, Suite 400
Austin, TX 78701

**RE:**      **25-1105, Crookshanks, et al v. Elizabeth School District**
             Dist/Ag docket: 1:24-CV-03512-CNS-STV

Dear Counsel:

The district court transmitted notice that the record is complete to the clerk of this court on March 24, 2025. *See* 10th Cir. R. 11.1(A) and 31.1(A)(1).

Appellant's brief and appendix must be filed on or before May 5, 2025. Appellee may file a response brief within 30 days after service of appellant's brief. If a response brief is filed, Appellant may file a reply brief within 21 days after service of appellee's brief.

Briefs and appendices must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. Counsel are encouraged to utilize the court's Briefing and Appendix checklist when compiling their

briefs and appendices. Motions for extension of time are disfavored and must comply with 10th Cir. R. 27.1 and 27.6.

Please contact this office if you have questions.

                                              Sincerely,

                                              Christopher M. Wolpert
                                              Clerk of Court

cc:       Thomas Carl Dec
           Timothy Macdonald
           Craig Ruvel May
           Sara R. Neel
           Celyn D. Whitt

CMW/jjh