FILED
United States Court of Appeals
Tenth Circuit

March 25, 2025

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

| | |
|---|---|
| KRISTEN CROOKSHANKS, as parent and next of friend of a minor on behalf of C.C.; MINDY SMITH, as parent and next of friend of a minor on behalf of E.S.; NAACP-COLORADO-MONTANA-WYOMING STATE AREA CONFERENCES; THE ARTHORS GUILD,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>ELIZABETH SCHOOL DISTRICT,<br><br>    Defendant - Appellant. | No. 25-1105<br>(D.C. No. 1:24-CV-03512-CNS-STV)<br>(D. Colo.) |

_____

**ORDER**
_____

Before **HOLMES**, Chief Judge, and **MORITZ**, Circuit Judge.
_____

Appellant filed an Emergency Motion for Administrative Stay and Stay Pending Appeal, seeking an order of this court staying both the district court's order granting a preliminary injunction and all further proceedings in district court, pending this court's resolution of its appeal from the preliminary injunction. The district court has now stayed its March 19 preliminary injunction order. The district court's stay is effective until 48 hours after it rules on the stay motion pending before it.

In light of the changed circumstance, we deny the motion for stay pending appeal. This denial is without prejudice to appellant filing another stay motion in this court, should it so choose, after the district court rules on the stay motion filed in district court.

                                            Entered for the Court

                                            CHRISTOPHER M. WOLPERT, Clerk