# In the United States Court of Appeals for the Tenth Circuit

KRISTEN CROOKSHANKS, AS PARENT AND NEXT OF FRIEND OF A MINOR ON BEHALF OF C.C.; MINDY SMITH, AS PARENT AND NEXT OF FRIEND OF A MINOR ON BEHALF OF E.S.; NAACP–COLORADO–MONTANA–WYOMING STATE AREA CONFERENCES; AND THE AUTHORS GUILD,

*Plaintiffs-Appellees*,

v.

ELIZABETH SCHOOL DISTRICT,

*Defendant-Appellant*.

On Appeal from the United States District Court for the District of Colorado
Hon. Charlotte N. Sweeney
Case No. 1:24-cv-03512-CNS-STV

## APPELLANT'S UNOPPOSED MOTION TO DISMISS APPEAL

CHRISTOPHER O. MURRAY
LAURA J. ELLIS
JULIAN R. ELLIS JR.
First & Fourteenth PLLC
2 North Cascade Avenue, Suite 1430
Colorado Springs, Colorado 80903
(719) 286-2475 (phone)
chris@first-fourteenth.com
laura@first-fourteenth.com
julian@first-fourteenth.com

MICHAEL FRANCISCO
First & Fourteenth PLLC
800 Connecticut Avenue, Suite 300
Washington, D.C. 20006
michael@first-fourteenth.com

JONATHAN F. MITCHELL
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
jonathan@mitchell.law

BRYCE D. CARLSON
Miller Farmer Carlson Law LLC
5665 Vessey Road
Colorado Springs, Colorado 80908
(970) 744-0247 (phone)
bryce@millerfarmercarlson.com

*Counsel for Defendant-Appellant*

Defendant-Appellant Elizabeth School District respectfully moves to dismiss its appeal under Rule 42(b)(2). We have conferred with counsel for the plaintiffs-appellees and they have agreed not to oppose dismissal of the appeal on the following terms: The Elizabeth School District will pay all of the plaintiffs-appellees court costs on appeal. The plaintiffs-appellees also reserve all rights. The plaintiffs-appellees agree not to oppose dismissal of the appeal in accordance with these terms. *See* Fed. R. App. P. 42(b)(2).

## CONCLUSION

The unopposed motion to dismiss the appeal should be granted.

Respectfully submitted.

/s/ Jonathan F. Mitchell

| | |
|---|---|
| Christopher O. Murray | Jonathan F. Mitchell |
| Laura J. Ellis | Mitchell Law PLLC |
| Julian R. Ellis Jr. | 111 Congress Avenue, Suite 400 |
| First & Fourteenth PLLC | Austin, Texas 78701 |
| 2 North Cascade Avenue, Suite 1430 | (512) 686-3940 (phone) |
| Colorado Springs, Colorado 80903 | (512) 686-3941 (fax) |
| (719) 286-2475 (phone) | jonathan@mitchell.law |
| chris@first-fourteenth.com | |
| laura@first-fourteenth.com | Bryce D. Carlson |
| julian@first-fourteenth.com | Miller Farmer Carlson Law LLC |
| | 5665 Vessey Road |
| Michael Francisco | Colorado Springs, Colorado 80908 |
| First & Fourteenth PLLC | (970) 744-0247 (phone) |
| 800 Connecticut Avenue, Suite 300 | bryce@millerfarmercarlson.com |
| Washington, D.C. 20006 | |
| (202) 784-0522 | |
| michael@first-fourteenth.com | |
| | |
| Dated: January 20, 2026 | *Counsel for Defendant-Appellant* |

1

# CERTIFICATE OF SERVICE

I certify that on January 20, 2026, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Tenth Circuit and served through CM/ECF upon:

Timothy R. Macdonald
Sara R. Neel
Laura Moraff
American Civil Liberties Union Foundation of Colorado
303 East 17th Avenue, Suite 350
Denver, Colorado 80203
(720) 402-3151
tmacdonald@aclu-co.org
sneel@aclu-co.org
lmoraff@aclu-co.org

Craig R. May
Thomas C. Dec
Celyn D. Whitt
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
(303) 244-1862 (phone)
(303) 244-1879 (fax)
may@wtotrial.com
dec@wtotrial.com
whitt@wtotrial.com

*Counsel for Plaintiffs-Appellees*

                                           /s/ Jonathan F. Mitchell
                                         Jonathan F. Mitchell
                                         *Counsel for Defendant-Appellant*

# CERTIFICATE OF CONFERENCE

I certify that I have conferred with Kendra Kumor, counsel for the plaintiffs-appellees, who informed me that plaintiffs-appellees are unopposed to this motion.

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendant-Appellant*

# CERTIFICATE OF COMPLIANCE

with type-volume limitation, typeface requirements,
and type-style requirements

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 88 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and Fed. R. App. P. 32(a)(6) because it uses Equity Text B 14-point type face throughout, and Equity Text B is a proportionally spaced typeface that includes serifs.

Dated: January 20, 2026

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Defendant-Appellant*

## CERTIFICATE OF ELECTRONIC COMPLIANCE

Counsel also certifies that on January 20, 2026, this motion was transmitted to the Clerk of the United States Court of Appeals for the Tenth Circuit, through the court's CM/ECF document filing system.

Counsel further certifies that: (1) required privacy redactions have been made, 10th Cir. R. 25.5; (2) the electronic submission is an exact copy of the paper document; and (3) the document has been scanned with the most recent version of VirusTotal and is free of viruses.

      <u>/s/ Jonathan F. Mitchell</u>
      Jonathan F. Mitchell
      *Counsel for Defendant-Appellant*