UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

January 21, 2026

Bryce Carlson
Miller Farmer Carlson Law
5665 Vessey Road
Colorado Springs, CO 80908

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Sabrina Danielson
Holland & Hart
555 17th Street, Suite 3200
Denver, CO 80202

Mr. Thomas Carl Dec
Wheeler Trigg O'Donnell
370 Seventeenth Street, Suite 4500
Denver, CO 80202

Julian R. Ellis Jr.
Mrs. Laura J. Ellis
First & Fourteenth
2 North Cascade Avenue, Suite 1430
Colorado Springs, CO 80903

Mr. Michael Francisco
First & Fourteenth
800 Connecticut Avenue, NW, Suite 300
Washington, DC 20006

Celyn W. Giefer
Wheeler Trigg O'Donnell
370 Seventeenth Street, Suite 4500
Denver, CO 80202

Gautam Hans
Cornell Law School
Myron Taylor Hall
Ithaca, NY 14853

Tasha Hill
Hill Law Firm
4985 Moorhead Avenue, Suite 3683
Boulder, CO 80305

Ms. Kendra Kumor
Wheeler Trigg O'Donnell
370 Seventeenth Street, Suite 4500
Denver, CO 80202

Timothy Macdonald
American Civil Liberties Union of Colorado
303 East 17th Avenue, Suite 350
Denver, CO 80211

Mr. Craig Ruvel May
Wheeler Trigg O'Donnell
370 Seventeenth Street, Suite 4500
Denver, CO 80202

Jonathan F. Mitchell
Mitchell Law
111 Congress Avenue, Suite 400
Austin, TX 78701

Christopher Owen Murray
First & Fourteenth
2 North Cascade Avenue, Suite 1430
Colorado Springs, CO 80903

Ms. Sara R. Neel
American Civil Liberties Union of Colorado
303 East 17th Avenue, Suite 350
Denver, CO 80211

Ms. Aja Robbins
Ms. Michelle Rebecca Seares
Ms. Elizabeth H. Titus
Ms. Kristina R. Van Bockern
Holland & Hart

555 17th Street, Suite 3200
Denver, CO 80202

Mr. Taylor Washburn
Emily Ann Williams
Ballard Spahr
1301 Second Avenue, Suite 2800
Seattle, WA 98122

Owen Richard Wolfe
Seyfarth Shaw
620 Eighth Avenue, Suite 3200
New York, NY 10018

**RE:    25-1105, Crookshanks, et al v. Elizabeth School District**
Dist/Ag docket: 1:24-CV-03512-CNS-STV

Dear Counsel and Clerk:

Please be advised that the court's order for this case issued today.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/lg